IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-02616-LTB

MARSHALL DYLAN JAMES,

    Applicant,

v.

JOHN L. DAVIS, Warden of the Buena Vista Colorado Correctional Facility,

    Respondent.

## ORDER GRANTING MOTION TO REOPEN CASE

    This matter is before the Court on the Motion to Reopen Case Terminated Administratively (ECF No. 4) filed September 25, 2013, by Applicant, Marshall Dylan James. Mr. James, through counsel, initiated this action by filing an Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254 (ECF No. 1) on September 24, 2013. At the time he initiated the action, Mr. James failed either to pay the $5.00 filing fee or to file a motion seeking leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. On September 25, 2013, at 7:34 a.m., in accordance with the District of Colorado Electronic Case Filing Procedures for civil cases, Mr. James was advised that the filing fee had not been paid and he was directed to pay the filing fee within three hours. Mr. James did not pay the filing fee within three hours and, at 4:47 p.m. on September 25, 2013, the case was terminated administratively.

    Counsel for Mr. James alleges in the Motion to Reopen Case Terminated Administratively that he indicated when he initiated this action that a motion to proceed

*in forma pauperis* would be filed; that he did not receive the email notification to pay the filing fee within three hours until 10:30 p.m. on September 25, 2013, because he was in court all day; and that he intended to pay the $5.00 filing fee prior to midnight on September 25, 2013.  The $5.00 filing fee was paid on September 25, 2013.  (*See* ECF No. 6.)

Although counsel for Mr. James failed either to pay the filing fee or to file a motion seeking leave to proceed *in forma pauperis* at the time the instant action was initiated as required, the Court will reopen the action based on the circumstances described above.  Accordingly, it is

ORDERED that the Motion to Reopen Case Terminated Administratively (ECF No. 4) is GRANTED.  It is

FURTHER ORDERED that the case shall be assigned to the pro se docket.

DATED at Denver, Colorado, this  27th  day of     September         , 2013.

BY THE COURT:


   s/Lewis T. Babcock
LEWIS T. BABCOCK, Senior Judge
United States District Court